✎AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
__NORTHERN__ District of __NEW YORK__

UNITED STATES OF AMERICA

ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

JOHN ALLEN, JR.

Case Number: 1:00-cr-50-002 (DNH)
USM Number: 09964-052
Alexander Bunin, Esq.
Defendant's Attorney

Date of Previous Judgment: __April 30, 2001__
(Use Date of Last Amended Judgment if Applicable)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __ months **is reduced to** __ **months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 35                Amended Offense Level: __
Criminal History Category: V              Criminal History Category: __
Previous Guideline Range: 262 to 327 months    Amended Guideline Range: __ to __ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):
_____
_____

**III. ADDITIONAL COMMENTS**
Defendant's original sentence was a departure from the guidelines and a reduction in the guideline range would not result in a sentence less than the original 168 months imposed.

All provisions of the judgment dated __April 30, 2001__ shall remain in effect.

**IT IS SO ORDERED**.

July 9, 2008
Order Date

_____
Effective Date (if different from order date)

David N. Hurd
District Judge